# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00195-CV

**Austin Forest Creek Apts, LC and Brook Apts, LC, as the Property Owners and The Property Owners, Appellants**

**v.**

**Travis Central Appraisal District, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT NO. GN002524, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants filed their notice of appeal on April 4, 2005. On July 14, this Court notified appellants that the clerk's record was overdue and that if appellants did not file a status report by July 25 the appeal would be dismissed. On July 28, appellants notified this Court that the parties had been unable to agree on a settlement and that appellants would determine whether to continue the appeal and either make arrangements for the record or file a motion to dismiss. On August 12, appellants notified this Court that they would be filing a motion to dismiss, however, since that date, this Court has not received any further communications from appellants, nor have appellants filed a status report or the clerk's record.

We therefore dismiss the appeal for want of prosecution on our own motion.  Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed:   October 28, 2005